UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE, :
        Plaintiff, :
         :
v. : No.    5:23-cv-00943
         :
FRANKLIN AND MARSHALL COLLEGE :
        Defendant. :

## O R D E R

**AND NOW**, this 30th day of May, 2023, upon consideration of the Motion to Dismiss filed on May 26, 2023, and of the Amended Complaint filed on May 30, 2023, **IT IS HEREBY ORDERED THAT**:

The Motion to Dismiss, ECF No. 17, is **DISMISSED as moot**.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge