UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>        Plaintiff,<br><br>v.<br><br>FRANKLIN AND MARSHALL COLLEGE,<br>        Defendant. | :<br>:<br>:<br>:   No. 5:23-cv-00943<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 6th day of September, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 20, is **GRANTED in part** and **DENIED in part** as follows:

    A. The request to dismiss Counts I, II, and III is **GRANTED**. Counts I, II, and III, only, are **DISMISSED with prejudice**.

    B. The request to dismiss Count IV is **DENIED**.

2. **Within fourteen (14) days of the date of this Order**, F&M shall file an Answer to the remaining claim in the Amended Complaint. *See* Fed. R. Civ. P. 12(a)(4).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge