UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE, :
        Plaintiff, :
         :
    v. : No. 5:23-cv-00943
         :
FRANKLIN AND MARSHALL COLLEGE, :
        Defendant. :

**O R D E R**

**AND NOW**, this 19th day of September, 2023, upon consideration of the parties' Stipulation to extend the time for Defendant Franklin & Marshall College to respond to the Complaint, *see* attached, **IT IS HEREBY ORDERED THAT:**

1. The stipulation is **approved and granted in part and disapproved and denied in part**; and

2. The deadline for Defendant Franklin & Marshall College to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including October 4, 2023.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge