UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>   Plaintiff,<br><br>  v.<br><br>FRANKLIN AND MARSHALL COLLEGE,<br>   Defendant. | :<br>:<br>:<br>:  No. 5:23-cv-0943<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 17th day of October, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion for Reconsideration, ECF No. 27, is **GRANTED in part and DENIED in part** as follows:

    A. The request to reconsider the dismissal of the Title IX claims (Counts I, II, and III) is denied, but granted to the extent that the dismissal was with prejudice.

    B. Counts I, II, and III are **DISMISSED without prejudice**.

2. **Within fourteen (14) days of the date of this Order**, Doe may file a second amended complaint as to Counts I, II, and III. If Doe fails to timely amend, the case will proceed as to Count IV only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge