UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE, :
         Plaintiff, :
:
v. : No.  5:23-cv-0943
:
FRANKLIN AND MARSHALL COLLEGE, :
         Defendant. :

## O R D E R

**AND NOW**, this 8th day of November, 2023, upon consideration of the stipulation of the parties for an extension of time for Defendant to file an answer to Plaintiff's Second Amended Complaint, *see attached*, **IT IS HEREBY ORDERED THAT:**

1. The stipulation is **approved and granted in part and disapproved and denied in part**; and

2. Defendant's deadline to file an Answer to Plaintiff's Second Amended Complaint, only, and for no other purpose, is extended through and including November 29, 2023.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 5:23-cv-00943-JFL |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN & MARSHALL COLLEGE, | : | Electronically Filed |
| | : | |
| Defendant. | : | |

**STIPULATION**

**AND NOW**, this 7th day of November, 2023, it appearing that all parties to this action consent to the extension of Defendant Franklin & Marshall College's time to respond to the Second Amended Complaint by four weeks, **IT IS HEREBY ORDERED** that Defendant Franklin & Marshall College shall answer Plaintiff John Doe's Second Amended Complaint on or before November 29, 2023.

/s/ ___*Andrew T. Miltenberg*___
Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
Kristen Mohr, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
kmohr@nmllplaw.com

*Attorneys for Plaintiff John Doe*

/s/ ___*Joshua W.B. Richards*___
Joshua W.B. Richards (PA 204315)
Fanta Freeman (PA 327558)
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
P: 215-972-7737//7764
joshua.richards@saul.com
fanta.freeman@saul.com

*Attorneys for Franklin & Marshall College*

51286963.1