UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>            Plaintiff<br><br>        v.<br><br>FRANKLIN AND MARSHALL COLLEGE,<br>            Defendant | :<br>:<br>:<br>:    No. 5:23-cv-0943<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 26th day of January, 2024, upon consideration of the Amended Complaint, ECF No. 33; the Motion to Dismiss the Title IX claims, ECF No. 35; and all briefs related thereto, ECF Nos. 36-39; **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 35, is **DENIED**.[1]

2. **Within fourteen (14) days of the date of this Order**, Defendant shall file an answer to the Amended Complaint. *See* Fed. R. Civ. P. 12(a)(4).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Although this Court remains concerned about the sufficiency of the Title IX claims, *see* ECF Nos. 24-25, 31-32, after "accept[ing] all factual allegations as true [and] constru[ing] the [amended] complaint in the light most favorable to the plaintiff," *see Phillips v. Cnty. of Allegheny*, 515 F.3d 224, 233 (3d Cir. 2008), and because other claims will proceed to discovery, the Title IX claims may proceed at this time.