IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN AND MARSHALL COLLEGE | : | NO.: 23-cv-0943 |

**O R D E R**

**AND NOW**, this **21st** day of **MARCH 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned referral judge is reassigned from the calendar of the U.S. Magistrate Pamela A. Carlos to the calendar of U.S. Magistrate Lynne A. Sitarski for Settlement.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court