UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>        Plaintiff,<br><br>v.<br><br>FRANKLIN AND MARSHALL COLLEGE,<br>        Defendants. | :<br>:<br>:<br>:   No. 5:23-cv-0943<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 11th day of June, 2024, upon consideration of the emails from counsel for each party dated June 10, 2024, describing a discovery dispute regarding two noticed depositions, **IT IS ORDERED THAT:**

1. The deadline for completion of fact discovery is extended from June 17, 2024, **until July 1, 2024**, only[1] for the purposes of completing the two depositions noticed by Plaintiff on June 7, 2024.

2. The deadline for filing dispositive motions is extended from June 17, 2024, **until July 1, 2024**.

3. All other deadlines in the Scheduling Order dated March 19, 2024, remain in full force and effect. *See* ECF No. 44.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Aside from taking these two depositions, the discovery deadline remains June 17, 2024.