IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Doe, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 5:23-cv-00943-JFL |
| | : | |
| v. | : | |
| | : | |
| Franklin & Marshall College, | : | Electronically Filed |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT FRANKLIN & MARSHALL COLLEGE'S**
**UNOPPOSED MOTION FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Rule II(F)(10) of the Honorable Judge Leeson's Policies and Procedures, and to the Court's Order dated March 14, 2023, Franklin & Marshall College ("Defendant" or the "College") moves for permission to seal the documents listed in the Proposed Order to this Motion, which have concurrently been submitted to the Court via email.

Pursuant to Rule II(F)(10)(a)(ii) of Judge Leeson's Policies and Procedures, the parties have conferred upon and agreed to the submitted Motion for Permission to File Documents Under Seal.

Date: July 1, 2024

/s/     *Joshua W.B. Richards*
Joshua W.B. Richards (PA 204315)
Fanta Freeman (PA 327558)
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
P: 215-972-7737//7764
joshua.richards@saul.com
fanta.freeman@saul.com

*Attorneys for Franklin & Marshall College*