UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JOHN DOE, :
      Plaintiff, :
 :
v. : No. 5:23-cv-0943
 :
FRANKLIN AND MARSHALL COLLEGE, :
      Defendant. :
_____

# O R D E R

**AND NOW**, this 26th day of August, 2024 for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

Defendant's Motion for Summary Judgment, ECF No. 54, is **GRANTED in part and DENIED in part** as follows:

1. Summary judgment is granted in favor of Defendant on the Title IX claim.

2. Summary judgment is denied as to the breach of contract claim.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge